# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BLACK HILLS/NEBRASKA GAS ) <br> UTILITY COMPANY, LLC, d/b/a ) <br> BLACK HILLS ENERGY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> INTERNATIONAL BROTHERHOOD ) <br> OF ELECTRICAL WORKERS LOCAL ) <br> UNION NO. 244, ) <br> ) <br> Defendant. ) | 8:08CV521 <br><br> ORDER |

This matter is before the court on the parties' Joint Motion to Stay Proceedings (Filing No. 17). The court held a telephone conference with the parties regarding the motion on March 26, 2009. Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The parties' Joint Motion to Stay Proceedings (Filing No. 17) is granted.
2. The case shall be stayed until further order of this court.
3. A telephone conference with counsel for the parties will be held with the undersigned magistrate judge on **October 1, 2009, at 9:30 a.m.** for the purpose of reviewing the status of the case. Counsel for the plaintiff shall initiate the call.

Dated this 26th day of March, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge