# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BLACK HILLS/NEBRASKA GAS UTILITY COMPANY, LLC, d/b/a BLACK HILLS ENERGY, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:08CV521 |
| vs. | ) ) ) | ORDER |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 244, | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court following a telephone conference with counsel for the parties on October 1, 2009.

**IT IS ORDERED:**

A telephone conference with counsel for the parties will be held with the undersigned magistrate judge on **January 8, 2010, at 10:30 a.m.** for the purpose of reviewing the status of the case. Counsel for the plaintiff shall initiate the call.

DATED this 1st day of October, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge